**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STACY BRYANT,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No: 6:16-cv-937-Orl-40KRS

CITY OF DELAND,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Affidavit of Indigency which has been construed as a Motion for Leave to Proceed *in forma pauperis* (Doc. 2) filed on May 31, 2016. The United States Magistrate Judge has submitted a report recommendation.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 3, 2016 (Doc. 5), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint is **DISMISSED without prejudice**.

3. The Clerk is **DIRECTED** to **terminate** Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2).

4. Plaintiff is **GRANTED** leave to file an amended complaint and renewed motion to proceed *in forma pauperis*, on or before July 6, 2016.

**DONE AND ORDERED** in Orlando, Florida on June 22, 2016.

PAUL G. BYRON  
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties