**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STACY BRYANT,

        Plaintiff,

v.                                   Case No: 6:16-cv-937-Orl-40KRS

CITY OF DELAND, FLORIDA,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 11) filed on July 11, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 14, 2016 (Doc. 12), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed *in forma pauperis* (Doc. 11) is **GRANTED IN PART AND DENIED IN PART**.

3. The reference to the ADEA in the prayer for relief is **STRICKEN**.

4. Plaintiff is **PERMITTED** to proceed without prepayment of a filing fee with respect to his claim under Title VII of the Civil Rights Act of 1964, as amended by the Equal Employment Opportunity Act of 1972.

5. The Clerk is **DIRECTED** to mail a summons and Marshal 285 form to Plaintiff for completion and return to the Court within fifteen (15) days of mailing.

6. Plaintiff is **ORDERED** to provide a copy of the amended complaint to the Clerk of Court to be served on Defendant.

7. The Clerk of Court is **DIRECTED** to provide the completed summons, the completed Marshal 285 form, a copy of the amended complaint, and a copy of the Court's Order on this Report and Recommendation to the United States Marshals Service.

8. The United States Marshals Service is **DIRECTED** to serve process and a copy of the Court's Order on this Report and Recommendation upon Defendants, without cost to Plaintiff.

**DONE AND ORDERED** in Orlando, Florida on August 4, 2016.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Marshals Service